UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY LAMONT JONES,

        Plaintiff,

-against-

ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,

        Defendant.[1]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2020

19 Civ. 56 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 20, of the Honorable Sarah L. Cave, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014); *see also Ibbetson v. Saul*, No. 14 Civ. 7824, 2019 WL 3202998, at *1 (S.D.N.Y. July 16, 2019). The Court, therefore, ADOPTS the R&R in its entirety.

    Accordingly, Plaintiff's motion for judgment on the pleadings is GRANTED and Defendant's motion for judgment on the pleadings is DENIED. The Commissioner's decision is reversed and the case is remanded for further proceedings consistent with the R&R.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: February 24, 2020
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge

---

[1] Andrew M. Saul, having been appointed Commissioner of the Social Security Administration, is substituted for Acting Commissioner Nancy A. Berryhill, pursuant to Federal Rule of Civil Procedure 25(d).