UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRACY LAMONT JONES,

                Plaintiff,

-against-

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

19 CIVIL 56 (AT) (SLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated February 24, 2020, having received no objections to the Report and Recommendation (the "R&R"), ECF No.20, of the Honorable Sarah L. Cave, the Court reviewed the R&R for clear error, and found none; the Court therefore adopts the R& R in its entirety; Accordingly, Plaintiff's motion for judgment on the pleadings is granted and Defendant's motion for judgment on the pleadings is denied; the Commissioner's decision is reversed and the case is remanded for further proceeding consistent with the R&R, the case is closed.

**Dated:** New York, New York
          February 25, 2020

                                          RUBY J. KRAJICK
                                          _____
                                          Clerk of Court
                          **BY:**
                                          _____
                                          Deputy Clerk

                                          THIS DOCUMENT WAS ENTERED
                                          ON THE DOCKET ON 2/25/2020